UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID F., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-1043-JES-JEH |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is now before the Court on a Report and Recommendation from Magistrate Judge Hawley. Doc. 19. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have not presented timely objections, any such objections have been waived. *Id*. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (Doc. 19), grants Defendant's Motion (Doc. 18) for Summary Judgment, and denies Plaintiff's Motion (Doc. 14) for Summary Judgment. The Clerk of Court is directed to enter judgment as follows: "IT IS ORDERED AND ADJUDGED that the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying benefits to the Plaintiff, David F., is AFFIRMED."

This matter is now terminated.

Signed on this 15th day of April, 2020.

s/ James E. Shadid
James E. Shadid
United States District Judge